**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 14-0196-DOC (JPRx)  Date: June 8, 2015

Title: OCULU LLC, ETC. V OCULUS VR INC., ETC.

PRESENT: The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Goltz | CourtSmart |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:  ATTORNEYS PRESENT FOR DEFENDANT:
Marc Williams                                         Bobby Ghajar
                                                                  Michael Rhodes

**PROCEEDINGS:** DEFENDANTS' MOTION IN LIMINE [94]
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [95]

Court and counsel confer.  The trial date remains the same.

Court to issue an order.

:  06
Initials of Clerk  djg