BOBBY GHAJAR (SBN 198719) (bobby.ghajar@pillsburylaw.com)
MARCUS D. PETERSON (SBN 265339) (marcus.peterson@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone: (213) 488-7100
Facsimile No.: (213) 629-1033

MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
BENJAMIN KLEINE (257225) (bkleine@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Attorneys for Defendant and Counterclaimant
OCULUS VR, INC.

Olivier A. Taillieu (SBN 206546)
o@taillieulaw.com
The Taillieu Law Firm LLP
450 N. Roxbury Drive, Suite 700
Beverly Hills, CA 90210
Phone (310) 651-2440 • Fax: (310) 651-2439

Attorneys for Plaintiff and Counter-Defendant Oculu, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA–SOUTHERN DIVISION

| | |
|---|---|
| Oculu, LLC,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>Oculus VR, Inc.,<br><br>　　　Defendant.<br><br>And Related Counterclaim | Case No. 8:14-SACV-196-DOC (JPRx)<br><br>**ORDER GRANTING STIPULATED NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST OCULUS VR WITH PREJUDICE AND COUNTERCLAIMS AGAINST OCULU, LLC WITHOUT PREJUDICE [173]**<br><br>Judge:　　Hon. David O. Carter<br>Magistrate: Hon. Jean P. Rosenbluth<br><br>Pretrial Conference: N/A<br>Trial Date:　　　July 13, 2015 |

1  Having reviewed the parties' Stipulated Notice of Dismissal, and for good
2  cause showing:
3      1. Oculu's claims against Oculus VR are hereby be dismissed with prejudice
4         pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;
5      2. Oculus VR's counterclaim against Oculu is hereby dismissed without
6         prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;
7      3. Each party shall bear their own fees and costs; and
8      4. This Court shall retain jurisdiction for the enforcement of the settlement
9         agreement between the parties.
10  **IT IS SO ORDERED.**

Dated: July 13, 2015.

*David O. Carter* (signature)

Honorable David O. Carter
United States District Court Judge